FILED

2019 JUL 25 PM 3:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY LAW

Dr. AHMAD J. ALJINDI
PO Box 60753
Irvine, CA 92602
Cell: 951-742-9773
Email: a7mad85@hotmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Dr. AHMAD J. ALJINDI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>ACTING SECRETARY MATTHEW P. DONOVAN, DEPARTMENT OF THE AIR FORCE,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY,<br><br>SECRETARY MARK T. ESPER, | Case No.:<br>**SACV19-01434 ODW (E)**<br><br>**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**<br><br>**JURY TRIAL DEMANDED** |

DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL,

ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION.

ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,

WILLIAM P. BARR, ATTORNEY GENERAL; CHRISTOPHER A. WRAY, DIRECTOR OF THE FBI (SUED IN HIS OFFICIAL CAPACITY), DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION,

SECRETARY RICHARD V. SPENCER, DEPARTMENT OF THE NAVY.

SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS,

DIRECTOR OF NATIONAL INTELLIGENCE DANIEL COATS, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,

ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

ACTING ADMINISTRATOR AND GENERAL COUNSEL CHRIS PILKERTON,

UNITED STATES SMALL BUSINESS ADMINISTRATION, )
)
Defendants. )
)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I, the Plaintiff, Dr. AHMAD J. ALJINDI "Pro Se" respectfully submitting the Complaint for Employment Discrimination to the Honorable Court.

### I. NATURE OF THE CASE

The Plaintiff is suffering from the Defendants unlawful discrimination based on his protected classes religion, race, and national origin since years as he is suffering from the Defendants retaliation because of his Equal Employment Opportunity (EEO) protected activities. The Plaintiff's religion is Muslim. The Plaintiff's race is Arab/Middle Eastern. The Plaintiff's national origin is Syria. The Plaintiff made several formal reports to report the public corruption to several responsible authorities and agencies including the Federal Bureau of Investigations (FBI). In addition to all that, the Plaintiff is suffering because he is an Artificial Intelligence (AI) researcher presented a scientific theory to the majority of the involved federal agencies based on his formal higher education (Ph.D.) and based on a scientific research study recommending utilizing AI to resolve many of the major issues the United States is suffering from including the $22+ Trillion federal debt within 15 to 20 years if not less depending on many factors and to bring the national security risks to Zero percent if the scientifically discovered AI practical solutions implemented strategically. The Plaintiff informed the Intelligence Community (IC) about the scientific findings however, he was never allowed an equal employment opportunity to serve his country. The Defendants escalated the violations against him to be intentional and

systematic violations in a blatant Challenge to the United States Constitution that prohibit the unlawful discrimination, retaliation, whistleblower reprisal, and corruption. The Plaintiff suggested several practical solutions including establishing what is called the "AI FBI" and the "AI Special Agent (SA)" that will operate based on the deterrence theory as the soul of the United States Constitution as it will be an undefeatable challenge for the wrongdoers, and it will prevent the corruption firmly. The Defendants including the FBI decided to ignore such significant scientific and sensitive discoveries that will prevent the violations and the corruption without allowing him an equal employment opportunity and without even learning about most of these scientific discoveries. The Defendants decided to escalate the ongoing violations against the Plaintiff to occur intentionally and systematically. The Defendants decided to ignore the scientific facts presented and to target the Plaintiff as a person as an unethical and a malicious illegal tactic aiming to mislead, abuse, and obstruct justice.

The Department of Defense (DoD) published the AI Strategy to the public recently. In the published strategy, the DoD adopted portions of the aggrieved complainant's scientific and formal findings about Information Security, AI, and Legacy Information Systems (LIS) without giving credit to his scientific work and in a direct violation to the intellectual property and copyrights laws. The aggrieved complainant was the first AI scientist and researcher in the entire field who discovered, studied, and researched the relations between Information Security, AI and LIS as formally and scientifically proven and documented in his Ph.D.'s formal documents and resume. **Dissertation Topic/Area of Research:** Information Security, AI, and LIS. **Dissertation/Publication Information:** Published by ProQuest LLC (2015). Copyright of the Dissertation is held by the Author. ProQuest 3740130. **Library of Congress Certificate of Registration Number:** TX 8-152-561. **Effective Date of Registration:** December 30, 2015.

The worst part that they integrated these portions in the worst AI strategy the United States may consider. As an AI scientist/researcher, I formally declare that I am scientifically capable to challenge any adverse assertions by any AI scientist/researcher claiming something else in front of the respectful Jurors.

On July 2016 the Plaintiff sent a formal correspondence to the Former President of the United States, President Barrack Obama and shared a copy of that correspondence with the FBI to legally inform them about the wrongdoing and to defend justice. The FBI ignored the July 2016's formal letter sent by the aggrieved complainant to the President of the United States, while the FBI is the responsible Agency about upholding the United States Constitution. President Obama sent the aggrieved Plaintiff a formal response acknowledging the government's awareness about the documented facts and issues and recommended the Plaintiff to go to through the EEO process and the Equal Employment Opportunity Commission (EEOC). The FBI is responsible about preventing the intentional and the systematic wrongdoing including the civil rights violations, and the EEO violations. The FBI is responsible about preventing the intentional and systematic violations occurring against the aggrieved complainant by the racial and Islamophobic officials and to end the reckless fascism. However, the FBI has failed to prevent the ongoing violations. Instead the FBI is now involved in the violations against the aggrieved complainant and the illegal escalation against his constitutional rights. The FBI retaliated against the aggrieved complainant because of his protected and legal activities including the whistleblower reprisal as formally proven. Again, the aggrieved complainant believes that the majority of the Agency's and the Federal Government employees are great and ethical officials. However, the corrupted, discriminatory, and retaliatory officials are responsible about the violations.

The Plaintiff is a proud Muslim-American United States Citizen and he is looking to serve his country and to resolve the major economic and other issues. However, the racisim and the corruption are obstructing such noble ultimate goals.

The Plaintiff respect the Federal Government and the FBI; however, the Plaintiff realized the FBI's wrong decision about ignoring preventing the massive civil rights and EEO violations as this is a unique situation. Therefore, he followed President Obama's recommendation to go through the EEO process formally. However, the Plaintiff discovered that the EEO process is also being abused as the EEO Offices are completely biased toward the Agencies against him the aggrieved complainant as he witnessed massive amount of corruption and violations as formally documented.

On 12/28/2018, the Plaintiff field a civil/EEO lawsuit case 8:18-cv-02301-SJO-JC with the United States Central District Court of California – Southern Division against the UNITED STATES OF AMERICA et al., "nine Defendants including the FBI." On 01/08/2018, the Court dismissed the lawsuit case, dismissed all motions including to appoint a counsel and requests, and closed the lawsuit case without even stating if the Plaintiff is allowed to Amend and without even stating any appeal rights. Instead, the Order presented unnecessary criticism based on a personal misunderstanding for the Plaintiff's scientific project while this criticism is not from an AI scientist/researcher "mocking" the Plaintiff's project noble goals and undermining the huge outcomes of the major scientific discoveries without even understanding it! On 01/08/2019, the Court closed the lawsuit case. Here, with full respect to all Honorable Judges and with full respect to the Honorable Court, the Plaintiff needs to confirm that as an AI scientist/researcher, the Plaintiff is formally declaring that any scientific argument related to the scientific field is restricted for AI scientists/researchers.

The Plaintiff continued his ethical and legitimate efforts to defend justice and filed a Request for Further Review by the Deputy Attorney General (DAG). In a pending appeal against the FBI. Formal Appeal OARM-WB No. 19-7 (Pending) documenting the Federal Government's ongoing intentional and systematic violations against the aggrieved complainant since years because of his protected classes, protected statuses, and legal activities. However, the Defendants escalated the massive and the major violations against the Plaintiff.

Furthermore, the Plaintiff is not only suffering from the Defendants unlawful discrimination and retaliation, but he is also suffering from the Defendants intentional and systematic violations as they are also refusing to allow him to secure himself any full-time permeant job, so he can secure himself a stable job, so he can work and live with dignity, and even if it is not related to or involved with AI and the scientific research in a blatant challenge to the Whistleblower reprisal law and the United States Constitution. In other words, intentional and systematic abuse. In other words, the highest treason to the United States and a coup against the United States Constitution. Hence, the Plaintiff is demanding JUSTICE!

TO THE HONORABLE COURT, the Plaintiff is respectfully demanding a fair and unbiased Jury Trial. As of the date and time of this Complaint, the Plaintiff have not seen anything other than injustice, bias, violations, and pain within the last decade. The Plaintiff believes this is the time to see JUSTICE. The Plaintiff is respectfully demanding from the Honorable Court to grant his legitimate and necessary demands including the Motion to Appoint a Counsel as all the Final Agency Decisions (FADs) issued by the Defendants stated clearly that the Court can appoint a counsel. Furthermore, the Plaintiff is respectfully demanding from the Court to allow him to submit the Exhibits electronically due to the Plaintiff's inability to afford the high cost of printing the huge Exhibits size, and to request from the United States Marshalls

Office to serve the Defendants as necessary and to waive all related fees if any. If the Honorable Court is going to decide to close my case again, please state the appeal rights to the United States Court of Appeals for the Ninth Circuit. The Plaintiff is formally declaring that he cannot stop defending justice and will continue till the Supreme Court as necessary. Hence, the Plaintiff is formally demanding a fair and unbiased Jury Trial to avoid any unnecessary legal escalations. The Federal Government abused thousands of applications for employment made by the Plaintiff since 2013 without having one and only one equal employment opportunity and to get a full-time permanent job so he can serve his country and live with dignity. Therefore, the aggrieved Plaintiff is formally declaring the Justice is a must. The aggrieved Plaintiff fully and respectfully appreciate the Honorable Court's understanding regarding the difficult and the complex situation. Please, I want my fair and unbiased Jury Trial.

## II. I. JURISDICTION

This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

This Court has jurisdiction over this action pursuant to Title VII, Civil Rights Act of 1964, as amended, 42 U.S.C. sec. 2000e et seq. SEC. The Civil Rights Act of 1991. 1977A. Intentional Discrimination Damages, 42 U.S.C. 1981a. EEO Act of 1972. The Civil Service Reform Act of 1978. Whistleblower Protection Act of 1989, as amended, and pursuant to other appropriate statues as determined by the court after reviewing the entire case.

## III. VENUE

Venue is proper pursuant to 28 U.S.C. § 1391 (e) (1) because the Defendants are Federal Agencies and/or Officers or Employees of the United States.

## IV. PARTIES

Plaintiff Dr. AHMAD J. ALJINDI resides at 231 N Bircher St Anaheim, CA 92801, mailing address PO Box 60753 Irvine, CA 92602.

Defendants United States of America et al., are all federal agencies sued in their official capacities. The Defendants were acting under color of law because the Defendants were obligated by the United States Constitution to uphold the United States Constitution and to prevent the unlawful discrimination against the protected classes, retaliation under the protected statuses, preventing the corruption as reported and documented as he was subject to whistleblower reprisal, and because of the negligence on preventing the ongoing intentional and systematic violations occurring against the aggrieved Plaintiff which caused him sever harm and damages.

**Defendant # 1:** UNITED STATES OF AMERICA,

According to the United States Constitution the Federal Government is obligated to prevent the violations against the EEO Acts and the Civil Rights Acts and to protect the minorities rights and to prevent the negligence.

**William P. Barr**

**Attorney General**

**U.S. Department of Justice**

**950 Pennsylvania Avenue, NW**

**Washington, DC 20530-0001**

**Defendant # 2:** ACTING SECRETARY MATTHEW P. DONOVAN, DEPARTMENT OF THE AIR FORCE.

**Chief, General Litigation Division**

**Air Force Legal Operations Agency**

**1500 W. Perimeter Road, Suite 1370**

**Andrews AFB, MD 20762**

**Defendant # 3:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY.

**Headquarters, U.S. Army Garrison, Fort Belvoir**

**Equal Employment Opportunity Office**

**ATTN: IMBV-EEO**

**9725 Belvoir Rd., Bldg 1000**

**Fort Belvoir, VA 22060-5563**

**Defendant # 4:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY.

**Defense Contract Management Agency**

**3901 A. Avenue, Building 10500**

**Fort Lee, Virginia 23801-1809**

**Defendant # 5:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY.

**Defense Intelligence Agency**

**7400 Pentagon**

**Washington, DC 20301**

**Defendant # 6:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY.

**National Security Agency**

**9800 Savage Rd. Suite 6272**

**Ft. George G. Meade MD 20755-6000**

**Defendant # 7:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL.

**INSPECTOR GENERAL**

**DEPARTMENT OF DEFENSE**

**4800 MARK CENTER DRIVE**

**ALEXANDRIA, VIRGINIA 22350-1500**

**Defendant # 8:** ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT.

**U.S. Immigration and Customs Enforcement,**

**Office of Diversity and Civil Rights**

**801 I Street NW, Suite 800**

**8th Floor Mail Stop 5010**

**Washington, DC 20536-5010**

**Attention: Assistant Director for Diversity and Civil Rights**

**Defendant # 9:** ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION.

**U.S. DEPARTMENT OF HOMELAND SECURITY**

**U.S. Customs and Border Protection**

**1300 Pennsylvania Ave., N.W., Suite 3.3D**

**Washington, DC 20229**

**Defendant # 10:** ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICE.

**U.S. Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

**Office of Equal Opportunity & Inclusion**

**9360 Ensign Ave. South, Suite 151**

**Bloomington, MN 55438**

**Defendant # 11:** WILLIAM P. BARR, ATTORNEY GENERAL; CHRISTOPHER A. WRAY, DIRECTOR OF THE FBI (SUED IN HIS OFFICIAL CAPACITY), UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION.

**Office of Equal Employment Opportunity Affairs**

**Federal Bureau of Investigation**

**935 Pennsylvania Avenue, N.W.**

**Room 9304**

**Washington, D.C. 20535-0001**

**Defendant # 12:** SECRETARY RICHARD V. SPENCER, DEPARTMENT OF THE NAVY.

**DEPARTMENT OF THE NAVY**

**ASSISTANT FOR ADMINISTRATION**

**1000 NAVY PENTAGON**

**WASHINGTON, DC 20350-1000**

**Defendant # 13:** SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS.

**Department of Veterans Affairs**

**810 Vermont Avenue, NW**

**Washington, DC 20420**

**Defendant # 14:** DIRECTOR OF NATIONAL INTELLIGENCE DANIEL COATS, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.

**Office of the Director of National Intelligence**

**Washington, DC 20511**

**Defendant # 15:** ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION.

**NASA Headquarters**

**300 E. Street SW, Suite 5R30**

**Washington, DC 20546**

**Defendant # 16:** ACTING ADMINISTRATOR AND GENERAL COUNSEL CHRIS PILKERTON, UNITED STATES SMALL BUSINESS ADMINISTRATION.

**US Small Business Administration**

**409 3rd St, SW**

**Washington DC 20416**

NOTICE

Since the Plaintiff is proceeding as a "Pro Se" litigant, he is requesting from the Honorable Court to review the statement of facts presented by him in this case and to determine any additional statues if he did not list it due to his limited knowledge in the law world as he is not an attorney and cannot afford to hire an attorney because of the Defendants violations against him. However, the aggrieved Plaintiff believes he is a victim of many unethical, systematic, and intentional violations committed against him by the Defendants. The Plaintiff is respectfully

submitting a Motion to Appoint a Counsel with this Complaint and believes in the Honorable Court's decision in a good faith. However. if the court's decided not to appoint a counsel for the Plaintiff, the Plaintiff is respectfully asking the Honorable Court to be liberal because he is a "Pro Se" as if he made any unintentional mistakes with the presentation of this case to the due to his limited knowledge in the law world as stated earlier as he is going to do more than his best to adhere and comply with the Court's Orders and the laws to the best of his knowledge and abilities.

Here, the Plaintiff is confirming to the Honorable Court that he witnessed huge amount of violations and false arguments aiming to mislead justice as he extremely oppose such illegitimate adverse actions and false arguments in its entirety as he is seeking justice and believes in the Honorable Court that it will never bias against justice and against aggrieved citizens like the Plaintiff as he belongs to one of the smallest minorities in the United States that represent 0.9% as according to the United States Census Bureau the doctoral degree holders represent around or even less than 4% in the United States which means that the Plaintiff is actually from the minority of the smallest minorities which means the absence of the EEOs from the dictionary of the Defendants as employers.

## V. STATEMENT OF FACTS

The Plaintiff's religion (Muslim), race (Arab/Middle Eastern), national origin (Syria) was subject for massive civil rights and EEO violations because of his protected classes. The Plaintiff filed several formal EEO complaints aiming to defend justice and to secure himself a full-time permeant job based on his formal qualifications and based on his skills, but the Defendants kept abusing his huge number of jobs applications and kept selecting less qualified candidates illegally as formally proven and documented because of his protected classes and escalated the

retaliation violations against him under the protected status to cause him sever harm and more damages.

It is also important to note that Plaintiff holds a Ph.D. as he is an AI researcher as stated earlier. The Plaintiff was seeking employment as he was also interested in joining the Air Force as a military officer to serve the United States of America. The Plaintiff documented a scientific plan to utilize AI based on a formal generic qualitative scientific research study for the best interest of the United States and presented that to the Air Force (Defendant # 2) and later for the other involved Defendants within the IC in a form of Personal Statement, but the Air Force decided to escalate the unlawful discrimination against him because of his protected classes as the Air Force is part of the IC and it appears based on the ongoing adverse illegal actions that the few corrupt and racial officials at the IC found the Plaintiff's scientific plan to reduce the federal debt from $22+ Trillion to Zero within 15 to 20 years in addition to many major issues the United States is suffering from strategically as documented as an unsuitable because of the Plaintiff's protected classes and his willingness to serve his country. The Plaintiff preserves his legal rights to present his entire case to the Honorable Court and the respectful Jurors with all evidences he has as the Plaintiff believes in the Honorable Court and the respectful Jurors' decision as fair and justice.

The Defendants are committing ongoing intentional and systematic unlawful discrimination, and retaliation because of the Plaintiff's protected classes and protected statuses as the Plaintiff filed formal EEO formal complaints with the involved federal agencies and because the Plaintiff reported the corruption to several federal agencies aiming to end the ongoing violations against him so he can get his job, serve the United States of America, and to live with dignity.

Plaintiff have suffered for years, currently suffering, and will continue to suffer for unknown number of years for substantial injury because of the Defendants' intentional violations against the United States Constitution, the Civil Rights Act, and the EEO Act. In addition, Defendants have been unjustly careless about the aggrieved Plaintiff's civil rights and EEO rights because of their unlawful acts and reckless practices as the Defendants marginalized the aggrieved Plaintiff because he belongs to a minority. The absence of a fair injunctive relief by this Court, Defendants are likely to continue to injure the Plaintiff and other citizens and residents and harm the public interest.

**Defendant # 1:** UNITED STATES OF AMERICA:

According to the United States Constitution the Federal Government is obligated to prevent the violations against the EEO Acts and the Civil Rights Acts and to protect the minorities rights and to prevent the negligence.

According to the United States Department of Justice (DOJ) Civil Rights Division (CRD):

The Civil Rights Division of the Department of Justice, created in 1957 by the enactment of the Civil Rights Act of 1957, works to uphold the civil and constitutional rights of all Americans, particularly some of the most vulnerable members of our society. The Division enforces federal statutes prohibiting discrimination on the basis of race, color, sex, disability, religion, familial status and national origin.

Quoted from: https://www.justice.gov/crt

According to the United States Constitution the Attorney General (AG) is the head of the Department of Justice and chief law enforcement officer of the Federal Government. The Attorney General represents the United States in legal matters.

The Judiciary Act of 1789 created the Office of the Attorney General which evolved over the years into the head of the Department of Justice and chief law enforcement officer of the Federal Government. The Attorney General represents the United States in legal matters generally and gives advice and opinions to the President and to the heads of the executive departments of the Government when so requested. In matters of exceptional gravity or importance the Attorney General appears in person before the Supreme Court. Since the 1870 Act that established the Department of Justice as an executive department of the government of the United States, the Attorney General has guided the world's largest law office and the central agency for enforcement of federal laws.

Quoted from: https://www.justice.gov/ag/about-office

According to the United States Government Accountability Office (GAO):

The Federal Government has created a framework to provide for EEO by prohibiting unlawful discrimination based on such factors as race, color, religion, gender, national origin, age, and disability, and offers redress when discrimination and retaliation have occurred. To further EEO and help bring about a diverse workforce, federal agencies are required to carry out affirmative employment and minority recruitment programs. EEOC and OPM have primary responsibility for ensuring that the government's policies for a fair, equitable, and inclusive workplace are carried out. In response to a congressional request that GAO provide information on the Federal Government's performance in promoting EEO and managing its diverse workforce, this report provides information on (1) the statutory and policy framework relating to EEO, affirmative employment, and workforce diversity and (2) the roles and responsibilities of EEOC and OPM within the framework and how these agencies carry out these roles and responsibilities.

Various statutes, executive orders, and other executive policy form the framework of EEO policy that governs civil rights and personnel management in the federal workplace. In 1972 federal workers received statutory civil rights protections when Congress passed the Equal Employment Opportunity Act, which extended to federal workers protections under title VII of the landmark Civil Rights Act of 1964 prohibiting employment discrimination based on race, color, religion, gender, or national origin. The 1972 act also required federal agencies to establish affirmative employment programs to address the underrepresentation of minorities and women in the federal workforce. In 1973 federal employees and applicants for employment with disabilities received employment discrimination protections under the Rehabilitation Act, and federal agencies were required to prepare affirmative employment program plans for the hiring, placement, and advancement of such individuals. The Civil Service Reform Act of 1978 further underscored the government's commitment to EEO, stating that for the federal workforce to reflect the nation's diversity, federal personnel management should follow merit principles by treating employees fairly and equitably, and that personnel actions should be free from prohibited personnel practices, including discrimination. The 1978 act also required agencies to conduct a continuing recruiting program to address minority underrepresentation. Other statutes, executive orders, and executive policy are also part of the federal workplace EEO policy framework. EEOC and OPM each play important leadership roles within this framework in ensuring EEO in the federal workplace. EEOC is responsible for enforcing federal laws prohibiting discrimination and oversees federal agencies' EEO programs, including their affirmative employment programs. OPM is the government's human capital manager and is responsible for ensuring that personnel management functions follow the merit principles, including those related to EEO. OPM is to assist agencies in carrying out their minority

recruitment programs and evaluating the effectiveness of these programs in eliminating minority underrepresentation. EEOC and OPM issue regulations and directives to carry out their responsibilities and exercise oversight by reviewing federal workforce demographic data; reviewing reports from agencies on their progress in meeting program requirements; conducting on-site reviews at federal agencies; and providing technical assistance, training, and guidance. In addition, both agencies publish annual reports on program activities and workforce demographics. Although responsibility for ensuring that EEO is shared among agencies, EEOC has also been charged under statute and executive order with providing leadership and coordination to promote efficiency and eliminate conflict, competition, duplication, and inconsistency. We provided OPM and EEOC with a draft of this report for their review and comment. OPM said that, in general, the report accurately reflects OPM's current roles and responsibilities. We clarified the report in response to EEOC's comments to indicate that this report focuses on affirmative employment and that we previously reported on EEOC's complaint process responsibilities.

Quoted from: https://www.gao.gov/products/GAO-05-195

The Plaintiff made huge number of jobs applications since years. The Defendants keeps sending him the formal documents confirming his eligibilities and refer his name to the hiring officials for selection and non-selection for the majority of these applications, but the hiring officials keep selecting other candidates because of the aggrieved Plaintiff's protected classes and statuses illegally.

The aggrieved complainant reported this desperate situation to President Barrack Obama in 2016 and shared the same letter with the FBI aiming to defend justice. President Obama sent

the aggrieved Plaintiff a formal response acknowledging the government's awareness about the documented facts and issues and recommended the Plaintiff to go to the EEOC.

Since the violations against the aggrieved Plaintiff are occurring massively, he believed in the FBI's attention to investigate the situation and to prevent the ongoing injustice.

Unfortunately, the FBI has failed to defend justice and to prevent the violations against the aggrieved Plaintiff. Instead, the FBI did what the other Defendants has done and are still doing against the aggrieved Plaintiff as some racial and corrupt officials intentionally discriminated and retaliated against the aggrieved Plaintiff.

Furthermore, the aggrieved Plaintiff made several formal EEO complaints against the involved Defendants.

The aggrieved Plaintiff discovered that several officials presented false information intentionally under the penalty of perjury aiming to mislead justice and to cause the aggrieved Plaintiff more harm and damages. The aggrieved Plaintiff documented and reported everything formally. However, the Defendants biased toward the officials against the aggrieved Plaintiff.

The aggrieved Plaintiff discovered that the EEO Offices of the Defendants were completely biased firmly against the Plaintiff toward the agencies as they isolated huge number of the jobs reported from being investigated to decrease the jobs under investigations illegally aiming to mislead justice.

Some of the involved EEO Offices even decided to completely obstruct justice and to simply not proceed with the formal EEO complaints as the Plaintiff discovered fraud and forgery occurring on some of his most recent jobs applications aiming to increase the injustice against the Plaintiff as an aggrieved complainant.

Furthermore, some of the involved EEO offices decided not to allow the Plaintiff to file additional EEO complaints in a major constitutional crime and in a blatant challenge to the United States Constitution.

**Defendant # 2:** SECRETARY HEATHER WILSON, DEPARTMENT OF THE AIR FORCE:

The Air Force was intentionally and systematically discriminating and retaliating against the aggrieved Plaintiff since 2013 as he was looking to become an officer in the Air Force to serve the United States of America.

The Air Force abused and obstructed the Plaintiff's military application since 2013 till 2017 when the Plaintiff was informed the Plaintiff that he will be allowed to present his military application for the 18OT01 board for selection or non-selection. The Plaintiff completed his application packet and attached the requested Personal Statement with the application for formal consideration.

On 12/22/2017, the Plaintiff was informed verbally that the board did NOT select him.

On 03/12/2018 the Plaintiff requested from the Air Force to provide him the formal board's rejection letter. On 03/13/2018, the Air Force stated, "There is not a formal rejection letter. Only comments/statements made in the system notifying me that you were not selected. Let me know if you have any further questions."

Later on, 03/13/2018, the Plaintiff wrote again requesting the rejection letter but received no response.

On 03/15/2018, the Plaintiff wrote to the Air Force's IG requesting the formal rejection letter.

Later on, 03/15/2018, the Air Force fabricated a false memorandum dated 03/15/2018 claiming that the Plaintiff was not selected. This memorandum is not issued or signed by the 18OT01 board colonels.

Within 20 calendar days of discovering the violations, the Plaintiff initiated the EEO contact on 04/03/2018.

On 09/26/2018, the Air Force issued a Final Agency Decision (FAD) – Dismissal of Complaint number 9D1S1800401 without investigation.

The Plaintiff received the FAD on 10/01/2018.

1. USAF: Formal Discrimination Complaint Docket Number 9D1S1800401.

2. USAF: Edwards AFB: Formal Discrimination Complaint Docket Number 6Z1M1900286.

3. USAF, Los Angeles County, CA: Obstructed Justice and refused to allow to file an EEO Complaint

under formal awareness of FBI and DOJ.

4. USAF, Los Angeles, CA: Obstructed Justice and refused to allow to file an EEO Complaint under

formal awareness of FBI and DOJ.

5. USAF, Vandenberg AFB: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

6. USAF, Palmdale, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal

awareness of FBI and DOJ.

7. USAF, Location Negotiable After Selection, United States: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

8. USAF, on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC, Docket Number: 5T1L1900996.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (Formal Discrimination Complaint Docket Number 9D1S1800401, Formal Discrimination Complaint Docket Number 6Z1M1900286, and 5 more obstructed EEO complaints since 12/05/2018 illegally) when on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC.

The Air Force is still abusing and obstructing huge number of other applications submitted by the aggrieved complainant illegally. The Air Force is continuing the intentional and the systematic unlawful discrimination and retaliation as documented in the Formal EEO Complaint number: 9D1S1800401 and several protected activities with the Air Force Inspector Generals and MSPB (Docket Number SF-1221-16-0648-W-1) as documented in the first formal EEO Complaint. The AF is obstructing ALL jobs applications intentionally and illegally.

**Defendant # 3:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number ARBELVOIR18MAY01586). On 10/22/2018, The Plaintiff

requested a FAD. As of 12/28/2018, the Agency failed to issue a FAD for case number ARBELVOIR18MAY01586. The Plaintiff believes that this failure is due to the huge amount of proven violations committed by the involved officials against the aggrieved Plaintiff. The Defendant escalated the unlawful discrimination and retaliation against the Plaintiff by escalating the intentional abuse for the Plaintiff's ongoing applications for employment. The Plaintiff filed the Second Formal Discrimination Complaint Docket Number ARBELVOIR19MAR00793. The Agency has failed to investigate the Second Formal Complaint.

**Defendant # 4:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number P8-18-0080). The aggrieved Plaintiff cooperated with the assigned investigators for the First Formal EEO complaint number P8-18-0080. The Plaintiff documented massive violations and wrongdoing in the docket as formally proven.

However, the Defendant is escalating the intentional and systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs. The Plaintiff contacted the EEO office to file the second EEO complaint and the third EEO complaint. The agency did not process his formal request to file EEO complaint illegally.

1. DoD, DCMA: First Formal EEO complaint number P8-18-0080.
2. DoD, DCMA: Second Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.
3. DoD, DCMA: Third Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

**Defendant # 5:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number DIA-2019-00030). The Formal Discrimination Complaint Docket Number is: DIA-2019-00030. The Defense Intelligence Agency (DIA) is abusing/halting/obstructing the Plaintiff's applications since 01/17/2019 illegally. The Plaintiff made nine applications since 01/17/2019 only, but the Agency is not even processing or reviewing the applications discriminatory and retaliatory.

**Defendant # 6:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 19-015). The Formal Complaint of Discrimination No. is: 19-015. The National Security Agency (NSA) is abusing/halting/obstructing the Plaintiff's applications since 01/18/2019 illegally. The Plaintiff made 25 applications since 01/18/2019 only, but the Agency is not even processing or reviewing the applications discriminatory and retaliatory. The Agency stated that the applications are under review, however, based on the facts presented on the IntelligenceCareers.Gov it appears that the Agency is not even processing or reviewing any application.

**Defendant # 7:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL:

The Formal EEO Complaint No. is: OIG - 2019-11. The DoD OIG discriminated against the Plaintiff based on his protected classes, and Retaliation based on (prior EEO complaint activity - OIG 18-05) when on May 23, 2019, DoD OIG Staffing Specialist, falsely fabricated an ineligibility code rendering an ineligible for Job Announcement Number: IG-19-10495045-0C10-DHA, while evidences issued by other Federal Agencies were presented to the Agency formally confirming the Plaintiff's eligibility to the same job!

**Defendant # 8:** ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number HS-ICE-26190-2016). The Defendant has failed to issue a FAD within 40-days for case number HS-ICE-26190-2016 and EEOC's case number 450-2017-00101X based on the EEOC AJ's order dated 08/01/2018 which the Plaintiff firmly oppose in its entirety due to the documented violations and false statements of involved officials under penalty of perjury as documented in the Report of Investigations (ROI).

Additionally, the Defendant retaliated and dismissed the Second Formal EEO complaint number HS-ICE-01853-2018.

The Agency is also escalating the violations against the Plaintiff and is abusing the ongoing applications for employment. The Agency is also not processing Third Formal Discrimination Complaint Docket Number HS-ICE-01084-2019 aiming to abuse justice and the complainant.

**Defendant # 9:** ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number HS-CBP-01954-2018 and the other protected activities with the DHS). The Defendant has failed to issue a FAD for the First Formal EEO complaint number HS-CBP-01954-2018. The Plaintiff documented the intentional violations in the ROI. The Agency is obligated to adhere to the Constitution and to issue a decision in the Plaintiff's favor. However, the Agency is not complying with the law retaliatory.

The Defendant is escalating the intentional and systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs. The Second Formal Discrimination Complaint Docket Number is: HS-CBP-00816-2019. The Plaintiff believes that this obstruction of justice is intentional and systematic as the DHS is formally aware about the other agency's components formal EEO complaints and the EEOC AJ's 08/01/2018's decision related to Defendant # 8 "ICE" but is still obstructing the process aiming to cause the Plaintiff more harm and damages. The Defendant is part of the IC and do shares information. Instead the agency committed serious fraud and forgery with the Plaintiff's most recent jobs applications. The violations were reported to the FBI.

**Defendant # 10:** ACTING SECRETARY KEVIN K. MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number HS-CIS-01796-2018 and the other protected activities with the DHS). The Defendant has failed to process the formal EEO complaint number HS- CIS-01796-2018 as set forth by the United States Constitution. The Second Formal Discrimination

Complaint Docket Number is: HS-CIS-01796-2018. (Administratively processed with the First Complaint).

Furthermore, the Defendant is escalating the intentional and systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs. Instead the agency committed serious fraud and forgery with the Plaintiff's most recent jobs applications and with the Formal EEO complaints mentioned above as it was assigned to a corrupted and biased investigator who worked illegally with the EEO Office to coordinate the violations and deceived the Plaintiff to isolate the Rebuttal from the Docket so the Agency can win illegally and unfairly. The Formal Complaints were never investigated but the Agency is insisting on fabricating a false ROI to cover the crimes committed in a blatant Challenge to the United States Constitution. The violations were reported to the FBI and the ODAG.

**Defendant # 11:** WILLIAM P. BARR, ATTORNEY GENERAL; CHRISTOPHER A. WRAY, DIRECTOR OF THE FBI (SUED IN HIS OFFICIAL CAPACITY), UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number FBI-2018-00181). The Plaintiff received the illegal and the biased FAD for the First Formal Complaint: FBI-2018-00181 on 06/20/2019.

The Plaintiff believes that the injustice has exceeded all limits as he is massively suffering from the ongoing injustice against him as the FBI is the agency that should prevent the ongoing injustice against him and to uphold the United States Constitution.

Unfortunately, the FBI has failed to defend justice and escalated the injustice against the aggrieved Plaintiff. The Plaintiff can no longer stand the massive harm, damages, and injuries as

he spent years hoping to get a job so he can serve his country and to secure himself a stable income, so he can live with dignity and recover from the intentional and systematic discrimination damages.

The Agency is currently abusing the Second Formal Discrimination Complaint Docket Number FBI-2019-00073 by reducing the number of jobs applications under investigation illegally so the Agency can win unfairly.

**Defendant # 12:** SECRETARY RICHARD V. SPENCER, DEPARTMENT OF THE NAVY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number DON 18-66001-01764). The Department of the Navy (DON) abused six EEO complaints illegally. The DON is first Agency on the list when it comes to abusing the Plaintiff's applications based on quantity as the DON abused more than 400+ since 2016 only (thousands since 2013). The aggrieved Plaintiff cooperated with the assigned investigator for the investigation of the First EEO complaint number DON 18-66001-01764. The Agency has failed to issue a FAD illegally. Instead, the Agency dismissed the Second and the Third Formal EEO complaints without investigation illegally because the Agency abused more than 120+ applications under the protected statuses. Furthermore, the Agency is currently preparing to abuse and dismiss the Fourth, the Fifth, and the Sixth EEO complaints retaliatory.

The Defendant is escalating the intentional and the systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs. The agency committed serious fraud and forgery with the Plaintiff's most recent jobs applications and formal EEO complaints. The violations were reported to the FBI and ODAG.

**Defendant # 13:** SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 2004-0005-2019102032). Formal Discrimination Complaint Docket Number 2004-0005-2019102032. The Defendant is escalating the intentional and systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs.

**Defendant # 14:** DIRECTOR OF NATIONAL INTELLIGENCE DANIEL COATS, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 2019-002). Formal Discrimination Complaint Docket Number 2019-002. For the job application with the ODNI (Job Title: 29538 - Chief Scientist - SNIS Professional Tier 1). The Defendant is escalating the intentional and systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs.

**Defendant # 15:** ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number NCN-19-AFRC-00131). The Formal Discrimination Complaint Docket Number is: NCN-19-AFRC-00131. The Defendant is escalating the intentional and

systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs. The Second Formal EEO Complaint number is: NCN-19-ARC-00212.

**Defendant # 16:** ACTING ADMINISTRATOR AND GENERAL COUNSEL CHRIS PILKERTON, UNITED STATES SMALL BUSINESS ADMINISTRATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 03-19-010). The Formal Complaint of Discrimination Case No. is: 03-19-010. The Defendant is escalating the intentional and systematic violations against the aggrieved Plaintiff by abusing his ongoing jobs applications as he is always applying for jobs.

**FOR ALL DEFENDANTS:**

Therefore, and based on the facts presented above, the aggrieved Plaintiff is demanding a Jury Trial and is seeking justice.

The Plaintiff believes that the Defendants committed intentional and systematic violations against the United States Constitution including but not limited to:

Obstruction of Justice.

No Fear Act as described on https://www.justice.gov/jmd/no-fear-act-notice-november-2-2006

Title VII, Civil Rights Act of 1964, as amended, 42 US.C. sec. 2000e et seq.

EEO Act of 1972.

The Civil Service Reform Act of 1978.

Whistleblower Protection Act of 1989, as amended.

Title VII of the Civil Rights Act of 1964 protects "all aspects of religious observance and practice, as well as belief" 42 US.C. § 2000eG)'

An agency official shall not discriminate against an employee or applicant based on race, color, religion, sex, national origin, age, disability (or handicapping condition), marital status, or political affiliation. 5 US.c. § 2302(b)(1).

An agency official shall not intentionally deceive or obstruct anyone from competing for employment. 5 U.S.c. § 2302(b)(4).

An agency official shall not influence anyone to withdraw from competition in order to improve or injure the employment prospects of any person. 5 US.C. § 2302(b )(5).

An employer may not base hiring decisions on stereotypes and assumptions about a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

Prohibited personnel practices (PPPs) are employment-related activities that are banned in the federal workforce because they violate the merit system through some form of employment discrimination, retaliation, improper hiring practices, or failure to adhere to laws, rules, or regulations that directly concern the merit system principles.

An agency official shall not request or consider a recommendation based on political connections or influence. 5 US.c. § 2302(b)(2).

An agency official shall not retaliate because an employee: 1. filed a complaint, grievance or appeal; et seq. 5 US.C. § 2302(b)(9).

The United States Constitution prevent the wrongdoing and the violations. The Plaintiff is an aggrieved "Pro Se" and not an attorney and do not know how to document the violations as an attorney but he believes that the Honorable Court and the Defendants can clearly understand

what the Plaintiff is presenting as the Defendants as this is the purpose of the Judicial branch is to defend justice not to worry about the bureaucratic challenges and the unintentional technical errors if any and should not argue his limited knowledge in the law world and abuse this weakness point as the Plaintiff is forced to proceed with this legal action as he was left with no other choice to defend justice due to the Defendants ongoing violations and unwillingness to end the ongoing violations occurring against him.

The Plaintiff understands that the Defendants will argue and of course will deny the truthful facts and claims which the Plaintiff is presenting to the Honorable Court aiming to avoid facing justice. The Defendants do have the right to respond according to the law. However, the Plaintiff believes that final decision belongs to the respectful Jurors.

## VI. CAUSES OF ACTION

Based on the absolute facts presented in this complaint and under the Statement of Facts section above. The Plaintiff believes that the Defendants violated the United States Constitution intentionally, systematically, and repeatedly.

The Plaintiff has suffered, still suffering, and will continue to suffer due to the absence of justice and because of the Defendants ongoing violations.

The aggrieved Plaintiff experienced very hard and difficult life events due to the Defendants ongoing violations that prevented him from securing himself a stable job based on his formal qualifications and skills fairly and equally as set forth by the United States Constitution such ongoing sever poverty, divorce, eviction, bankruptcy, homelessness, stress, discomfort, and extreme emotional pain.

The United States Constitution prohibit the unlawful discrimination, retaliation, Whistleblower reprisal, and corruption.

The Defendants including the FBI is obligated to uphold the United States Constitution.

According to the EEOC:

Systemic Discrimination

Systemic discrimination involves a pattern or practice, policy, or class case where the alleged discrimination has a broad impact on an industry, profession, company or geographic area.

The EEOC encourages employers to prevent discrimination by taking a careful look at the practices they use to recruit, hire, promote, train and retain employees. The EEOC is expanding its efforts to partner with advocacy groups, state and federal agencies, employer groups, the Plaintiffs' bar and other organizations to identify and address discriminatory practices.

Examples of systemic practices include: discriminatory barriers in recruitment and hiring; discriminatorily restricted access to management trainee programs and to high level jobs; exclusion of qualified women from traditionally male dominated fields of work; disability discrimination such as unlawful pre-employment inquiries; age discrimination in reductions in force and retirement benefits; and compliance with customer preferences that result in discriminatory placement or assignments.

The EEOC has long recognized that a strong nationwide systemic program is critical to fulfilling its mission of eradicating discrimination in the workplace. For this reason, the systemic program is a top priority of the agency. The identification, investigation and litigation of systemic discrimination cases, along with efforts to educate employers and encourage prevention, are integral to the mission of the EEOC.

Quoted from: https://www.eeoc.gov/eeoc/systemic/index.cfm

The Civil Rights Act of 1991

TITLE I - FEDERAL CIVIL RIGHTS REMEDIES

DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION

SEC. 102

The Revised Statutes are amended by inserting after section 1977 (42 U.S.C. 1981) the following new section:

"SEC. 1977A. DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION IN EMPLOYMENT. *[42 U.S.C. 1981a]*

"(a) RIGHT OF RECOVERY. -

> "(1) CIVIL RIGHTS. - In an action brought by a complaining party under section 706 or 717 of the Civil Rights Act of 1964 (42 U.S.C. 2000e-5) against a respondent who engaged in unlawful intentional discrimination (not an employment practice that is unlawful because of its disparate impact) prohibited under section 703, 704, or 717 of the Act (42 U.S.C. 2000e-2 or 2000e-3), and provided that the complaining party cannot recover under section 1977 of the Revised Statutes (42 U.S.C. 1981), the complaining party may recover compensatory and punitive damages as allowed in subsection (b), in addition to any relief authorized by section 706(g) of the Civil Rights Act of 1964, from the respondent.

"(b) COMPENSATORY AND PUNITIVE DAMAGES. -

> "(1) DETERMINATION OF PUNITIVE DAMAGES. - A complaining party may recover punitive damages under this section against a respondent (other than a government, government agency or political subdivision) if the complaining party demonstrates that the respondent engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of an aggrieved individual.

"(2) EXCLUSIONS FROM COMPENSATORY DAMAGES. - Compensatory damages awarded under this section shall not include backpay, interest on backpay, or any other type of relief authorized under section 706(g) of the Civil Rights Act of 1964.

"(3) LIMITATIONS. - The sum of the amount of compensatory damages awarded under this section for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, and the amount of punitive damages awarded under this section, shall not exceed, for each complaining party -

"(D) in the case of a respondent who has more than 500 employees in each of 20 or more calendar weeks in the current or preceding calendar year, $300,000.

"(4) CONSTRUCTION. - Nothing in this section shall be construed to limit the scope of, or the relief available under, section 1977 of the Revised Statutes (42 U.S.C. 1981).

"(c) JURY TRIAL. - If a complaining party seeks compensatory or punitive damages under this section -

"(1) any party may demand a trial by jury; and

"(2) the court shall not inform the jury of the limitations described in subsection (b)(3).

"(d) DEFINITIONS. - As used in this section:

"(2) DISCRIMINATORY PRACTICE. - The term 'discriminatory Practice' means the discrimination described in paragraph (1), or the discrimination or the violation described in paragraph (2), of subsection (a).

Quoted from: https://www.eeoc.gov/laws/statutes/cra-1991.cfm

The list of violations:

1. Intentional and systematic unlawful discrimination.

2. Intentional and systematic retaliation.
3. Whistleblower reprisal.
4. Abuse of authority.
5. Mismanagement.
6. Bias against the victim and the aggrieved complainant.
7. Fraud, forgery, and fabricating formal documents.
8. Spying on the aggrieved complainant illegally.
9. Administrative corruption.
10. Presenting false information and using unethical tactics to go around the law and the justice.
11. Intentional waste and improper usage of the federal funds.
12. Disregarding the formal complaints of an aggrieved complainant to illegally and unethically cover and protect the corrupted and discriminatory officials against the justice.
13. Monopolizing the official positions and marginalizing and preventing the most qualified applicant because of the protected classes and statuses and because of his exceptional scientific knowledge that will end corruption permanently as proven scientifically and that will resolve many major issues that United States is suffering from.
14. Working on increasing the destabilization over the nation and undermining the prestige of the nation and the American values.
15. Working as if the United States Federal Agencies are personal or private properties and not public agencies that belongs the nation and the American people.
16. Practicing and spreading the fascism.

17. Intentional increase of the sectarianism differences and the hate between the American people.

18. Obstruction of justice.

19. Working against the benefit of the national security and keeping the national security at risk as they are intentionally preventing the proven scientific knowledge illegally from serving the United States.

20. The highest treason to the Oath, the Constitution, and the United States.

NOTICE

Due to the sever poverty of the aggrieved Plaintiff because of the Defendants intentional and systematic ongoing violations, the Plaintiff is unable to afford the printing cost of the extremely large Exhibits related to the Defendants and the Complaint. Therefore, the aggrieved Plaintiff is formally requesting from the Honorable Court to grant the attached request to utilize the electronic system where he can upload the Exhibits electronically which the Defendants can view electronically without requiring him to print it and serve it due to the high expense and because of his sever poverty as the Defendants can see it electronically as stated.

## VII. INJUNCTION FOR VIOLATIONS OF THE UNITED STATES CONSTITUION AND CIVIL RIGHTS ACT

The United States Constitution empowers this Court to grant a permanent injunction to ensure that Defendants will not continue to violate the Civil Rights Act and the EEO Act and will ensure the best compliance by the power of law and justice.

## VIII. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Plaintiff request that the Honorable Court enter a permanent injunction to prevent future violations of the entire United States Constitution including the Civil Rights Act, to prevent violations against the United States Citizens and Residents, and to protect the American Values and the Democracy from the intentional racism and corruption wave sweeping our great nation.
2. A **GS-13** job, **full-time**, **permanent** position at the **FBI**, within Southern California (**Orange County**). As an:
   a) Intelligence Analyst (IA); or
   b) Management and Program Analyst; or
   c) Any related and/or identical researching and/or analyzing position based on the FBI's needs and as deemed appropriate by the Honorable Court (please see attached resume in the Exhibits).
3. Maximum monetary compensation for every single EEO complaint from every federal agency as set forth by the United States Constitution and as published on the EEOC's website ($300,000) to recover from the intentional injuries and the sever harm and damages caused to the aggrieved Plaintiff during the years of injustice from the involved federal agencies and under the formal awareness of the FBI and the ODAG.
4. Complete back-pay based on the GS-13 grade/PayScale since July 2016 till the date of entry of judgement.
5. Relocation expenses as necessary for the new position in number one above.
6. Protection from any kind of unlawful discrimination and/or reprisal and an honest equal employment opportunity at a positive work environment where the Plaintiff can serve the United States of America proudly.

7. Honorable Court's order to expunge the Eviction and Bankruptcy records from the aggrieved Plaintiff's record which occurred due to the injustice and under the formal awareness of the FBI and the government.

## IX. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: July 25, 2019

*Respectfully Submitted by,*

Dr. AHMAD J. ALJINDI

By: Dr. AHMAD ALJINDI

Dr. AHMAD J. ALJINDI
PO Box 60753
Irvine, CA 92602
Cell: 951-742-9773
Email: a7mad85@hotmail.com