JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AHMAD J. ALJINDI, PLAINTIFF(S) v. UNITED STATES OF AMERICA, et al., DEFENDANT(S) | CASE NUMBER SA CV 19-01434-DOC(Ex) |
| | **ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Date ____________ United States Magistrate Judge ____________

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ District Court lacks jurisdiction
- ☑ Legally and/or factually patently frivolous
- ☐ Immunity as to ____________
- ☑ Other: See Attachment.

Comments: See Attachment.

8/1/19
Date

[signature]
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

August 5, 2019
Date

David O. Carter
United States District Judge DAVID O. CARTER

**ATTACHMENT**

**NO. SA CV 19-1434-DOC (Ex)**

Plaintiff has submitted a forty-page proposed "Complaint for Employment Discrimination" against the United States of America, the Secretary of Defense, the Acting Secretary of the Department of Homeland Security, the United States Attorney General, the Acting Secretary of the Air Force, the Secretary of the Navy, the Secretary of Veterans Affairs, the Director of National Intelligence, the NASA Administrator and the Acting Administrator of the Small Business Administration. The confused, conclusory and rambling allegations of the proposed Complaint are difficult to decipher. However, it does appear that Plaintiff alleges he is an "AI scientist and researcher" whose intellectual property was stolen by the Department of Defense and whose many efforts to obtain federal employment have all been unsuccessful. Plaintiff allegedly has submitted "thousands" of employment applications to various federal agencies over the years. Plaintiff apparently attributes his lack of success in obtaining federal employment to supposed discrimination on the basis of race, religion and national origin, as well as to alleged retaliation.

The proposed Complaint contains a list of "violations"

including, among other things, alleged "abuse of authority," "mismanagement," "[f]raud, forgery and fabricating formal documents," "[s[pying on [Plaintiff] illegally," "[a]dministrative corruption," "[i]ntentional waste and improper usage of the federal funds," "[w]orking on increasing the destablization over the nation [sic] and undermining the prestige of the nation and American values," "Practicing and spreading the fascism," "[i]ntentional increase of the sectarianism differences [sic] and the hate between the American people," "Working against the benefit of the national security and keeping the national security at risk as they are intentionally preventing the proven scientific knowledge illegally from serving the United States", and "[t]he highest treason to the oath, the Constitution, and the United States." Plaintiff seeks an order requiring him to be given "A GS-13 job, full-time, permanent position at the FBI, within Southern California (Orange County), As an: a) Intelligence Analyst (IA); or b) Management and Program Analyst; or c) Any related and/or identical researching and/or analyzing position based on the FBI's needs and as deemed appropriate by the Honorable Court. . . ." Plaintiff also appears to seek $300,000 for every "EEO complaint" which Plaintiff allegedly filed with a federal agency, back-pay at a GS-13 pay grade from July 2016, relocation expenses, protection from reprisal, and

expungement of Plaintiff's "Eviction and Bankruptcy records."

The present proposed Complaint is substantially similar to a complaint filed by Plaintiff in this Court in Aljindi v. United States of America, SA CV 18-2301-SJO (JC). On January 8, 2019, the Court denied Plaintiff's request for leave to proceed in forma pauperis in the previous action, finding the proposed complaint in that action to be frivolous, unintelligible, delusional and "patently insufficient to state any rational, much less plausible, claim for relief." The present proposed Complaint is similarly infirm. See 28 U.S.C. § 1915; Denton v. Hernandez, 504 U.S. 25, 33 (1992); Neitzke v. Williams, 490 U.S. 319, 327-38 (1989). Under the circumstances, leave to amend would be futile.